■ PETER C. ZURHEIDE et al., Plaintiffs, v S-C ASSOCIATES, L.P., Defendant and Third-Party Plaintiff-Respondent, et al., Defendant. AT&T CORP., Third-Party Defendant-Appellant. [669 NYS2d 852] —In an action to recover damages for personal injuries, the third-party defendant AT&T Corp. appeals, as limited by its brief, from so much of an order of the Supreme Court, Westchester County (Silverman, J.), entered May 14, 1997, as denied its cross motion for summary judgment dismissing the third-party complaint.

Ordered that the order is affirmed insofar as appealed from, with costs.

Workers' Compensation Law § 11, as amended (L 1996, ch 635, § 2), is to be applied prospectively and is thus inapplicable here, where the underlying injury occurred before the effective date of the amendment (*see, Morales v Gross,* 230 AD2d 7; *Delacruz v Wistyn,* NYLJ, Nov. 3, 1997, at 27, col 6; *Seymour v Balata Belting Co.,* 174 Misc 2d 677; *see also, Massella v Partner Indus. Prods.,* 242 AD2d 870; *Doria v Cooke Props.,* 245 AD2d 59; *Majewski v Broadalbin-Perth Cent. School Dist.,* 231 AD2d 102, 111). Thompson, J. P., Pizzuto, Joy and Krausman, JJ., concur.

■ In the Matter of DOMENICA BONO et al., Respondents, v RICHARD SCHEYER et al., Appellants. [669 NYS2d 1015] —Appeal from a judgment of the Supreme Court, Suffolk County (Newmark, J.), dated December 11, 1996.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Newmark at the Supreme Court. Bracken, J. P., O'Brien, Thompson and Altman, JJ., concur.